```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12077
  DOROTHY L HAMILTON
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
        Debtor
  SSN XXX-XX-9310


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/13/08 .

     2.  The case was dismissed without confirmation, 08/22/2008.

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG            .00           .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE     NOT FILED           .00            .00
ARMOR SYSTEMS            UNSECURED         NOT FILED           .00            .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00            .00
AT&T MOBILITY LLC        UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED           .00            .00
PALISADES COLLECTION     UNSECURED         NOT FILED           .00            .00
PALISADES COLLECTION     UNSECURED         NOT FILED           .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00         .00         .00           .00
PRINCIPAL PAID        .00          .00         .00         .00           .00
INTEREST PAID         .00          .00         .00         .00           .00
TOTAL PAID            .00          .00         .00         .00           .00
The Debtor's attorney, DAVID M SIEGEL         , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/13/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
CASE NO. 08 B 12077 DOROTHY L HAMILTON
```